228 So.2d 312

**STATE of Louisiana**

**v.**

**Francis Noel HINES.**

**No. 50217.**

Dec. 2, 1969.

In re: Francis Noel Hines applying for writs of mandamus, prohibition and a speedy trial.

Writs refused. The showing made in the application is insufficient to warrant the exercise of either our original or supervisory jurisdiction.

228 So.2d 313

**Ulylesses ROBINSON**

**v.**

**Frank J. SHEA, Judge, Criminal District Court, Parish of Orleans.**

**No. 50226.**

Dec. 2, 1969.

In re: Ulylesses Robinson applying for writs of mandamus and habeas corpus.

The application is denied.—On the showing made the applicant is not entitled to the relief sought.